UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Muhammad S. MAMOON , <br><br> Plaintiff(s), <br><br> v. <br><br> Alejandro MAYORKAS , <br><br> Defendant(s). | Case No. 4:23-cv-05071-HSG <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER** <br> (CIVIL LOCAL RULE 11-3) |

I, /s/ Hassan Ahmad, an active member in good standing of the bar of Western District of Virginia, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Jessica Arena, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 301807.

| 8133 Leesburg Pike #801 Vienna VA 22182 | 2443 Fillmore St #380-1614, San Francisco |
|---|---|
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 703.964.0245 | 541.525.3341 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| hma@hmalegal.com | jessica@jtarenalaw.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 83428 (VA).

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 1 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10/04/2023

/s/ Hassan Ahmad
APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of /s/ Hassan Ahmad is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 10/5/2023

Haywood S. Gill, Jr.
UNITED STATES DISTRICT JUDGE

AO 136 (Rev. 10/13) Certificate of Good Standing

## UNITED STATES DISTRICT COURT
for the
Western District of Virginia

### CERTIFICATE OF GOOD STANDING

I, _____Laura A. Austin_____, Clerk of this Court,

certify that _____Hassan Minhaj Ahmad_____, Bar # _____83428_____,

was duly admitted to practice in this Court on _____08/04/2017_____, and is in good standing as a member

of the Bar of this Court.

Dated at _____Roanoke_____ on _____06/16/2023_____
            *(Location)*                                    *(Date)*

_____                _____
         *CLERK*                                  *DEPUTY CLERK*



**Certified to be a true and correct copy of the original.**
*Laura A. Austin, Clerk*
*U.S. District Court*
*Western District of Virginia*

By:  s/S. Neily,  *Deputy Clerk*

Date: 06/16/2023