1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2  MICHELLE LO (NYRN 4325163)
   Chief, Civil Division
3  ELIZABETH KURLAN (CABN 255869)
   Assistant United States Attorney
4
5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
       Telephone: (415) 436-7298
6      Facsimile: (415) 436-6748
       Elizabeth.Kurlan@usdoj.gov
7
   Attorneys for Defendants
8
                   UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                          OAKLAND DIVISION
11

12 | MUHAMMAD SHOAIB MAMOON, *et al.*,
13 |         Plaintiffs,                    | C 4:23-cv-05071-HSG
14 |     v.                                 | **STIPULATION TO EXTEND TIME WITHIN WHICH DEFENDANTS MUST FILE A RESPONSE AND ORDER**
15 | ALEJANDRO MAYORKAS, Secretary,
   | Department of Homeland Security, *et al.*,
16 |
17 |         Defendants.

18

19     The parties, through their undersigned attorneys, hereby stipulate to an extension of time within
20 which the Defendants must serve the answer or otherwise respond in the above-entitled action.
21 Defendants will file their response on or before April 17, 2024.
22     The parties further request a corresponding extension on the deadline for filing a summary
23 judgment motion under the Court's Immigration Mandamus Procedural Order. *See* Dkt. No. 5.
24 Currently, if Plaintiffs have not filed a motion for summary judgment by 90 days after the Complaint
25 was filed, or January 1, 2024, Defendants must file a motion for summary judgment by 120 days after
26 the Complaint was served, or May 15, 2024. In light of the agreed-upon extension for Defendants'
27 response to the Complaint, Defendants must file their motion for summary judgment by June 14, 2024.
28

Stip to Extend
C 4:23-cv-05071-HSG                          1

The parties also request the Court vacate or continue the initial case management conference scheduled for April 16, 2024, at 2:00 p.m. Dkt. No. 12. In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Dated: March 13, 2024

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

*/s/ Elizabeth D. Kurlan*
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated:  March 13, 2024

*/s/ Hassan Ahmad*
HASSAN AHMAD
The HMA Law Firm, PLLC
Attorney for Plaintiffs

*/s/ Jessica Arena*
JESSICA ARENA
Law Office of Jessica Arena
Local Counsel for Plaintiffs

## ORDER

Pursuant to stipulation, IT IS SO ORDERED. Defendants will file their response on or before April 17, 2024. The case management conference currently scheduled for April 16, 2024, is hereby:

__X__  vacated; or

____  continued to:

Date:   3/14/2024

HON. HAYWOOD S. GILLIAM JR.
United States District Judge