1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2  MICHELLE LO (NYRN 4325163)
   Chief, Civil Division
3  ELIZABETH D. KURLAN (CABN 255869)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-7298
6      Facsimile: (415) 436-6748
       Elizabeth.Kurlan@usdoj.gov
7
   Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MUHAMMAD SHOAIB MAMOON, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS, Secretary, Department of Homeland Security, *et al.*,<br><br>Defendants. | C 4:23-cv-05071-HSG<br><br>**STIPULATION TO AN EXTENSION OF TIME FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND ORDER** |

On March 14, 2024, the Court granted the parties' stipulation to an extension of time within which Defendants must file a response to Plaintiffs' complaint, setting the due date for Defendants' motion for summary judgment by June 14, 2024. Dkt. No. 15. The parties conferred and hereby stipulate to an extension of time for Defendants to file their motion for summary judgment. Defendants will file their motion for summary judgment by July 5, 2024. The parties respectfully request that the Court grant their stipulation.

//

//

Dated: June 14, 2024

Respectfully submitted,[1]

ISMAIL J. RAMSEY
United States Attorney

  /s/ Elizabeth D. Kurlan
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated: June 14, 2024

  /s/ Hassan Ahmad
HASSAN AHMAD
The HMA Law Firm, PLLC
Attorney for Plaintiffs

  /s/ Jessica Arena
JESSICA ARENA
Law Office of Jessica Arena
Local Counsel for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED. Defendants will file their motion for summary judgment by July 5, 2024.

Date:   6/17/2024

HON. HAYWOOD S. GILLIAM JR.
United States District Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.