1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2  MICHELLE LO (NYRN 4325163)
   Chief, Civil Division
3  ELIZABETH D. KURLAN (CABN 255869)
   Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California 94102-3495
        Telephone: (415) 436-7298
6       Facsimile: (415) 436-6748
        Elizabeth.Kurlan@usdoj.gov
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                 NORTHERN DISTRICT OF CALIFORNIA
10
                          OAKLAND DIVISION
11

12  MUHAMMAD SHOAIB MAMOON, *et al*.,          C 4:23-cv-05071-HSG

13                    Plaintiffs,

14         v.                                  **STIPULATION TO AN EXTENSION OF TIME
                                               FOR DEFENDANTS' MOTION FOR
15  ALEJANDRO MAYORKAS, Secretary,             SUMMARY JUDGMENT AND ORDER**
    Department of Homeland Security, *et al*.,
16
17                    Defendants.

18

19         On June 17, 2024, the Court granted the parties' stipulation to an extension of time, setting the

20  due date for Defendants' motion for summary judgment by July 5, 2024. Dkt. No. 18. The parties

21  conferred and hereby stipulate to an extension of time for Defendants to file their motion. Defendants

22  will file their motion for summary judgment by July 19, 2024. The parties make this request because

23  Defendants' counsel is out on medical leave. The parties respectfully request that the Court grant their

24  stipulation.

25  //

26  //

27

28
   Stipulation
   C 4:23-cv-05071-HSG                            1

1    Dated:  July 5, 2024                         Respectfully submitted,[1]

2                                                 ISMAIL J. RAMSEY
                                                  United States Attorney
3

4                                                  */s/ Elizabeth D. Kurlan*
                                                  ELIZABETH D. KURLAN
5                                                 Assistant United States Attorney
                                                  Attorneys for Defendants
6

7    Dated:  July 5, 2024

8                                                  */s/ Hassan Ahmad*
                                                  HASSAN AHMAD
9                                                 The HMA Law Firm, PLLC
                                                  Attorney for Plaintiffs
10                                                 */s/ Jessica Arena*
                                                  JESSICA ARENA
11                                                Law Office of Jessica Arena
                                                  Local Counsel for Plaintiffs
12

13

14                                          **ORDER**

15           Pursuant to stipulation, IT IS SO ORDERED.  Defendants will file their motion for summary

16   judgment by July 19, 2024.

17

18   Date:   7/8/2024

19                                                 HON. HAYWOOD S. GILLIAM JR.
                                                  United States District Judge
20

21

22

23

24

25

26

27   _____
[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories
28   listed herein concur in the filing of this document.

     Stipulation
     C 4:23-cv-05071-HSG                          2