```
1   ISMAIL J. RAMSEY (CABN 189820)
    United States Attorney
2   MICHELLE LO (NYRN 4325163)
    Chief, Civil Division
3   ELIZABETH D. KURLAN (CABN 255869)
    Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California 94102-3495
        Telephone: (415) 436-7298
6       FAX: (415) 436-6748
        Elizabeth.Kurlan@usdoj.gov
7
    Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MUHAMMAD SHOAIB MAMOON, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>ALEJANDRO MAYORKAS, Secretary, Department of Homeland Security, *et al.*,<br><br>  Defendants. | C 4:23-cv-05071-HSG<br><br>**STIPULATION TO STAY PROCEEDINGS; ORDER** |

The parties, through their undersigned attorneys, hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until October 17, 2024. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

Plaintiffs filed this mandamus action seeking re-adjudication of their Form DS-260, Immigrant Visa Electronic Application. The parties request that the proceedings in this case be stayed pending re-adjudication of Plaintiffs' Form DS-260. Accordingly, the parties stipulate and request that the proceedings in this case be stayed until October 17, 2024, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of

Stip to Stay Proceedings
C 4:23-cv-05071-HSG                               1

proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: July 18, 2024

Respectfully submitted[1],
ISMAIL J. RAMSEY
United States Attorney

 /s/ Elizabeth D. Kurlan
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated:  July 18, 2024

 /s/ Hassan Ahmad
HASSAN AHMAD
The HMA Law Firm, PLLC
Attorney for Plaintiffs

 /s/ Jessica Arena
JESSICA ARENA
Law Office of Jessica Arena
Local Counsel for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   7/18/2024

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed below concur in the filing of this document.